# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STEPHEN LEONARD GUARDINO, JR.,

    Plaintiff,

v.                                    Case No. 3:18-cv-1455-J-32JBT

MARK ZUCKERBERG, and Facebook,

    Defendant.

## O R D E R

    This case is before the Court on pro se Plaintiff Stephen Leonard Guardino, Jr.'s Application to Proceed in District Court Without Prepaying Fees or Costs, which the Court construes as a Motion to Proceed In Forma Pauperis (Doc. 2). On January 2, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 4) recommending that the motion be denied and this case be dismissed. Further, the Magistrate Judge recommended that "amendment would be futile because Plaintiff cannot state any plausible claim." (Doc. 4 at 4). Following entry of the Report and Recommendation, Plaintiff submitted numerous supplemental filings, (Docs. 5-9), which the Court has reviewed and taken into consideration. Docket Entry 6 contains an Amended Complaint. (Doc. 6).

    However, despite Plaintiff's apparent attempts to amend the Complaint and supplement his case, his efforts are unavailing. Like the Complaint, the Amended

Complaint contains unsupported and implausible allegations that are insufficient to state a claim. Therefore, upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 4), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 4) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of February, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record